## Merle Slane v. Lake Shore Index, Inc. Lake Shore Index, Inc., et al., Appellants, v. Evanston News Index, Inc., et al., Appellees.

Gen. No. 41,861. 

Heard in first division, first district, this court at October term, 1941; opinion filed March 23, 1942. Brode B. Davis and Charles R. Sercomb, for certain appellants; Alvin V. Nygren, of counsel; Blanksten & Lansing, for certain appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."